UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC CROCKER and LISA ELWESS, as Guardian Ad Litem of JOHN DOE; ERIC CROCKER, individually, and LISA ELWESS, individually,<br><br>Plaintiff,<br><br>v.<br><br>SKY VIEW CHRISTIAN ACADEMY; SKY VIEW ACADEMY, LLC; ORVAL HAGERMAN; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES; and DOES I THROUGH XX,<br><br>Defendants.<br>_____/ | Case No. 3:08-CV-479-LRH-VPC |

**STIPULATION AND ORDER FOR ONE WEEK EXTENSION OF TIME FOR DEFENDANTS TO FILE SUPPLEMENTAL RESPONSE TO COURT'S ORDER RE: JURISDICTIONAL AMOUNT IN CONTROVERSY (FIRST REQUEST)**

Plaintiffs by and through their counsel William C. Jeanney of Bradley, Drendel & Jeanney and Defendants by and through their counsel, Steven E. Guinn of Laxalt & Nomura, Ltd. hereby stipulate for an Order allowing Defendants an additional five judicial days (one week) up to and including Thursday, February 26, 2009, within which to file any supplemental

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

briefing in response to this Court's order of January 8, 2009 (#22), which is otherwise due on February 19, 2009.

This request for a one week extension is made in good faith and not for purpose of delay. Counsel for Defendant represents that the additional time is needed largely due to defense counsel's unexpected encounter this week with a flu type illness.

DATED this 19th day of February, 2009.     DATED this 19th day of February, 2009.

BRADLEY, DRENDEL & JEANNEY              LAXALT & NOMURA, LTD.

By /s/ William C. Jeanney                                By /s/ Steven E. Guinn
  WILLIAM C. JEANNEY (SBN 1235)             STEVEN E. GUINN (SBN 5341)
  401 Flint Street                                                9600 Gateway Drive
  Reno, Nevada 89501                                     Reno, Nevada 89521
  Tel: 775-335-9999                                         Tel: 775-322-1170
  Fax: 775-335-9993                                        Fax: 775-322-1865
  Attorney for Plaintiffs                                   Attorneys for Defendants

IT IS SO ORDERED.

DATED this 24th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE