UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC CROCKER and LISA ELWESS, as Guardian Ad Litem of JOHN DOE; ERIC CROCKER, individually, and LISA ELWESS, individually,<br><br>Plaintiff,<br><br>v.<br><br>SKY VIEW CHRISTIAN ACADEMY; SKY VIEW ACADEMY, LLC; ORVAL HAGERMAN; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES; and DOES I THROUGH XX,<br><br>Defendants. | Case No. 3:08-CV-479-LRH-VPC<br><br>**REQUEST TO FILE A DOCUMENT**<br>AND ORDER |

It is hereby requested that approval be granted to file the Affidavit of Steven E. Guinn in Support of Defendants' Supplemental Response to Court's Order Re: Jurisdictional Amount in

///
///
///
///
///
///
///
///
///

Controversy under seal to protect the confidentiality of the information and identities of the minors and confidential information already subject to a Protective Order in this case.

DATED this 26th day of February, 2009.

        LAXALT & NOMURA, LTD.

        _____
        STEVEN E. GUINN (5341)
        JUSTIN C. VANCE (11306)
        LAXALT & NOMURA, LTD.
        9600 Gateway Drive
        Reno, Nevada 89521
        Telephone: (775) 322-1170
        Facsimile: (775) 322-1865
        Attorneys for Defendants

IT IS SO ORDERED.

DATED this 27th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE