UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ERIC CROCKER and LISA ELWESS, as Guardian Ad Litem of JOHN DOE; ERIC CROCKER, individually, and LISA ELWESS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SKY VIEW CHRISTIAN ACADEMY; SKY VIEW ACADEMY, LLC; ORVAL HAGERMAN, et al.,<br><br>Defendants. | 3:08-cv-00479-LRH-VPC<br><br><u>MINUTE ORDER</u><br><br>April 23, 2009 |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):     <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiffs' Motion to Remand to State Court (#3[1]). Defendants having established that the amount in controversy exceeds $75,000 and the court having confirmed by order (#32) that federal jurisdiction exists pursuant to 28 U.S.C. § 1332(a), and

    GOOD CAUSE APPEARING, Plaintiff's Motion to Remand to State Court (#3) is DENIED.

                                    LANCE S. WILSON, CLERK

                                    By:     /s/
                                              Deputy Clerk

---

[1] Refers to court's docket number.