UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC CROCKER and LISA ELWESS, as Guardian Ad Litem of JOHN DOE; ERIC CROCKER, individually, and LISA ELWESS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>SKY VIEW CHRISTIAN ACADEMY; SKY VIEW ACADEMY, LLC; ORVAL HAGERMAN; ABC CORPORATIONS I-X, inclusive; BLACK AND WHITE COMPANIES; and DOES I THROUGH XX,<br><br>Defendants.<br>_____/ | Case No.  3:08-cv-479-LRH-VPC |

**ORDER FOR APPROVAL OF COMPROMISE OF MINOR'S CLAIM**

The Court having reviewed Plaintiffs' Petition to Compromise Minor's Claim it is HEREBY ORDERED as follows:

1. That Said Petition for Compromise of Minor's Claim in the amount of $230,000.00 is granted;

2. That ERIC CROCKER AND LISA ELWESS, as natural parents of JOHN DOE, a minor child, may execute a full and complete release of Defendants ORVAL HAGERMAN and SKY VIEW ACADEMY on behalf of said minor child;

3. That out of that amount the following will be paid:

    a. Attorney fees in the amount of $76,666.67;

    b. Costs in the amount of $7,598.85;

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999

    c.    An amount of $125,000.00 will be structured as follows:

        i.    Beginning April 7, 2013 pay $5,000.00 per year for three (3) years certain only);

        ii.    Beginning April 7, 2016 pay $10,000.00 per year for two (2) years certain only);

        iii.    On April 7, 2019, pay $10,000.00;

        iv.    On April 7, 2021, pay $20,000.00; and

        v.    Beginning April 7, 2024 pay $17,208.65 per year for eleven (11) years certain only.

    d.    That the remainder, in the amount of $20,734.48 will be placed in a blocked trust account until the minor reaches the age of majority on April 7, 2012.

DATED this 31st day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999